U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 03 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:97CR50042-001 |
| VS. | JUDGE: DONALD E. WALTER |
| CARLOS ROMO RODRIGUEZ | MAG. JUDGE: MARK HORNSBY |

* * * *

## ORDER

Because of the recent revision to the base offense levels for crack cocaine, Section 2D1.1 of the United States Sentencing Guidelines, this matter has been considered for re-calculation of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The United States Probation Office reviewed and issued on February 8, 2008, to the Office of the Federal Public Defender and the United States Attorney's Office an assessment of a potential re-calculation of the Defendant's range of imprisonment and noted the total quantity of cocaine used to establish his initial imprisonment range was based only on powder cocaine, along with the Pre-Sentence Report. Both parties had thirty days from February 29, 2008, to submit any objections.

Having reviewed the Probation Office's re-calculation of the applicable Guideline range of imprisonment and the record in this matter, including the Pre-Sentence Report, and noting the lack of objections, the Court finds that the defendant is subject to no reduction.

THUS DONE and SIGNED on this 3 day of April, 2008, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE